# United States Court of Appeals for the Fifth Circuit

United States Courts
Southern District of Texas
FILED
June 14, 2023
Nathan Ochsner, Clerk of Court

United States Court of Appeals
Fifth Circuit
**FILED**
June 14, 2023
Lyle W. Cayce
Clerk

No. 23-20162

Eno Williams,

*Plaintiff—Appellant,*

*versus*

Fay Servicing, L.L.C.; Selene Finance, L.P.; U.S. Bank Trust, N.A., *as Trustee of* Citigroup Mortgage Loan Trust 2019-E,

*Defendants—Appellees.*

---

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:22-CV-2390

---

CLERK'S OFFICE:

Under 5th Cir. R. 42.3, the appeal is dismissed as of June 14, 2023, for want of prosecution. The appellant failed to timely file an appellant's brief.

No. 23-20162

>Lyle W. Cayce
>Clerk of the United States Court
>of Appeals for the Fifth Circuit
>
>*Christina Rachal*
>
>By: _____
>Christina C. Rachal, *Deputy Clerk*

ENTERED AT THE DIRECTION OF THE COURT

# *United States Court of Appeals*
## FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE,  
Suite 115  
NEW ORLEANS, LA 70130

June 14, 2023

Mr. Nathan Ochsner  
Southern District of Texas, Houston  
United States District Court  
515 Rusk Street  
Room 5300  
Houston, TX 77002

No. 23-20162   Williams v. Fay Servicing  
                USDC No. 4:22-CV-2390

Dear Mr. Ochsner,

Enclosed is a copy of the judgment issued as the mandate.

Sincerely,

LYLE W. CAYCE, Clerk

*Christina Rachal*

By: _____  
Christina C. Rachal, Deputy Clerk  
504-310-7651

cc:
  Ms. Shelley Luan Hopkins  
  Mr. Eno Williams